IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN O'CONNELL, CARLA WATSON, GLADYS SIFUENTES, RAQUEL CASTILLO, DARA PULIDO, KRISTINE BUFFUM, GREGORY RIELEY, NOEMI RUVALCABA, TANISHA WILLIAMS, MATTHEW BESECKER, VANESSA FRANCO, M. MONTRICE GRAY, LETICIA MARTINEZ, TIFFANY MORGAN-FAULKER, JENNIFER QUARTARARO, KAYLA DAVID, RAYMUNDO GARZA, JONATHAN HERNANDEZ, TRICIA ROYAL, PATRICIA WEIGE, KENNY ANDERSON, CHRIS CRISCIONE, KAYLA JONES, NICHOLAS LEFLEM, BRYANA MITCHELL, HALEY CAMPBELL, NICKKI GEORGE, GABRIELLE V. OLIVER, JUDITH PUZIN, LINDA SCHNABEL, JOANN SCHRADE, JENNIFER CARR BATTS, ISOL RIVERON-FERNANDEZ, SHELBY HAMMITT, LINDA S. HESSAA, NAVJOT MEHAT, LESLIE A. TYLER, MATTHEW GARCIA, ANTOINETTE TAYLOR, MARIA E. VERDUGO, RITA WHITE, NIKOLAS MENDOZA, PHYLICIA MINOR, CHRIS DIAZ, SANDRA FURROW, STEPHANIE GUILD, ALINZA JOHNSON, OMEARI LACUE, CARISSA HARRIS, JESSECA HARRISON, KATINA JOHNSON, MARICIA CASON, RENE F. CARSON, AMANDA WILLIAMS, JATAE HAWKINS, JAMEQUA WILLARD, KENZIE NESTER, VIRGINIA TOBIAS, PATRICIA THAYER, ANH VU, TORI JUSTESEN, POLETA KITIONA, WELLYSANE NSEKE, ADIA HENRY, ADRIAN WHITMORE, CHARLOTTE KIMBER, MARVIN BAKER, KAREN SINCLAIR, GEORGE E. SKELTON, DWAYNE G. MASON, JACOA STRINGFELLOW, TINA CABLE, ANTAVIA GRIFFIN, RICHARD MANNIX, JAQUELIN SMITH, SHIRLENE COX, MINNIE BLACKSTOCK HARRIS, TIFFIENY BLANKS, MARIO MARTINEZ, | § § § § § § § § § § § § § | SA-19-CV-00679-JKP |

1

SHAWNTIL MILLER, MICHAEL PHIFER, DEVON REYNOLDS, POLLY SCHMELING, EFRAIN SERRATO, STEVE WATTS, BRITTNEY WIEST, CHRISTOPHER FORD, MELINDA GANAWAY, ALEXIS MCKENZIE, ERICA PENA, YASIN QUINONES, YOLANDA SANCHEZ, MARY SCHLIEKER, JENNIFER SMITH, SHANITA FERGUSON, TAKIMA WYNN, LA'TOYA MCCALLUM, BETTY FIELDS, ERIC FIGUEROA, KACIE HOLWAGNER, MICHAEL BROWN, VERONICA HILL, JOHNAE MCNEAL, MISHAY PETTIFORD, MARIE STEVENSON, KASSAN NICHOLSON, LAQUANA MILLER, MAGDALENA HERNANDEZ, JERTON DIXON, ERICA SMITH, KELLY RIOS, GURTHENIA WILLIAMS, KAMERON READE, DEMEBRA ELBERT, EVANGELINA MONTOYA, LAURA KNAPP, TANIA MUNOZ, TIMOTHY ROSKE, NICHOLAS STOVALL, KENNETH BROWN, BRITTANY HENNINGS, DAWN THOMPSON, CATHEENA FREEMAN, JOHN CASTILLO, MICHELLE MUFF, PAUL SINGER,

   *Plaintiffs,*

vs.

WELLS FARGO BANK, N.A., JAMES C. COATESIII,

   *Defendants.*

## **ORDER**

  Before the Court in the above-styled cause of action is the parties' Joint Advisory [#76], which asks the Court to stay this case and reschedule the February 27, 2020 initial pretrial conference so that the parties can first attend a second mediation on April 20, 2020 in an attempt to resolve this case. The parties have also agreed to further toll the statute of limitations for all

2

persons who become members of this class from January 30, 2020 until April 20, 2020. The Court will reschedule the pretrial conference as requested and memorialize the parties' agreement as to tolling.

**IT IS THEREFORE ORDERED** that the statute of limitations is **TOLLED** for the FLSA claims asserted in this action only from January 30, 2020 to April 20, 2020 for Plaintiffs and all persons who may later opt-in as putative class members in this action.

**IT IS FURTHER ORDERED** that the initial pretrial conference currently scheduled for February 27, 2020 at 10:00 a.m. is **CANCELED**.

**IT IS FURTHER ORDERED** that, pursuant to Rule 16 of the Federal Rules of Civil Procedure, this case is **set** for an **Initial Pretrial Conference** at **10:00 a.m.** on **May 5, 2020**, in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.

**IT IS FURTHER ORDERED** that the parties file their joint Rule 26(f) report and proposed scheduling recommendations as previously directed on or before **May 1, 2020**.

**IT IS FINALLY ORDERED** that this case is **STAYED** pending the outcome of the parties' April 20, 2020 second mediation. The parties are directed to file a joint advisory regarding the outcome of the mediation on or before **April 27, 2020**.

SIGNED this 18th day of February, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE